# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,[1]<br><br>*Debtors*. | Chapter 7<br><br>Case No. 16-11596 (JTD)<br><br>Jointly Administered |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>*Plaintiff*,<br>v.<br><br>ANDERSON MEDIA CORPORATION, *et al.*,<br><br>*Defendants*. | Adv. Pro. No. 21-51420 (JTD) |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

Notice is hereby given that, pursuant to 28 U.S.C. § 158, Federal Rules of Bankruptcy Procedure 8001, 8002, and 8002, and Rule 8003-1 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Plaintiff George L. Miller, Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC ("Plaintiff" or the "Trustee") hereby appeals to the United States District Court for the District of Delaware from the United States Bankruptcy Court for the District of Delaware's Memorandum Opinion and Order regarding Defendants' Motion for Summary Judgment, Adv. Pro. No. 21-51420 [Adv. D.I. 57] (the "Order"), entered on February 13, 2024.

---

[1]  The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

LEGAL\68531419\2

**Part 1: Identify the appellant(s)**

1. Name of Appellant: George L. Miller, Chapter 7 Trustee

2. Position of Appellant in the bankruptcy case that is the subject of this appeal:

| **For appeals in an adversary proceeding.** | **For appeals in a bankruptcy case and not in an adversary proceeding.** |
|---|---|
| ☒ Plaintiff (George L. Miller, Chapter 7 Trustee)<br>☐ Defendant<br>☐ Other (describe) | ☐ Debtor<br>☐ Creditor<br>☐ Trustee<br>☐ Other (describe) |

**Part 2: Identify the subject of this appeal**

1. Describe the judgment or the appealable order or decree from which the appeal is taken:

    Memorandum Opinion and Order regarding Defendants' Motion for Summary Judgment [Adv. D.I. 57] (the "Order"). A copy of the Order is attached hereto as Exhibit "A".

2. State the date on which the judgment, order, or decree was entered:

    The Order was entered on February 13, 2024.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment or the appealable order or decree from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| **Party:** | **Attorney:** |
|---|---|
| 1. Appellant: Plaintiff, George L. Miller, Chapter 7 Trustee | John T. Carroll, III (DE Bar No. 4060)<br>Cozen O'Connor<br>1201 North Market Street<br>Suite 1001<br>Wilmington, DE 19801<br>Tel: (302) 295-2028<br>Fax: (302) 295-2013<br>jcarroll@cozen.com |

|  |  |  |
|---|---|---|
|  |  | Steven M. Coren (pro hac vice)<br>Andrew J. Belli (pro hac vice)<br>Janice I. Daul (pro hac vice)<br>Coren & Ress, P.C.<br>Two Commerce Square<br>2001 Market Street, Suite 3900<br>Philadelphia, PA 19103<br>Tel: (215) 735-8700<br>Fax: (215) 735-5170<br>scoren@kcr-law.com<br>abelli@kcr-law.com<br>jdaul@kcr-law.com |
| 2. | Appellees: Defendants, Anderson Media Corporation, ANConnect, LLC, and Anderson Management Services, Inc. | Evelyn J. Meltzer<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza<br>Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Tel: (302) 777-6500<br>Fax: (302) 421-8390<br>evelyn.meltzer@troutman.com<br><br>David J. Hungeling<br>Adam S. Rubenfield<br>Hungeling Rubenfield Law<br>1718 Peachtree Street<br>Peachtree 25th, Suite 599<br>Atlanta, GA 30309<br>Tel:  (404) 574-2466<br>Fax: (404) 574-2467<br>david@hungelinglaw.com<br>adam@hungelinglaw.com<br><br>Grant T. Stein<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3349<br>Tel: (404) 881-7000<br>Fax: (404) 881-7777<br>grant.stein@alston.com |

3

David A. Wender
Eversheds Sutherland
999 Peachtree Street, NE
Suite 2300
Atlanta, GA 30309-3424
Tel: 404-853-8175
Fax : 404-881-7777
DavidWender@eversheds-sutherland.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Dated: February 22, 2024

Respectfully submitted,

/s/ *John T. Carroll, III*
John T. Carroll, III (DE Bar No. 4060)
COZEN O'CONNOR
1201 North Market Street
Suite 1001
Wilmington, DE 19801
Tel: (302) 295-2028
Fax: (302) 295-2013
jcarroll@cozen.com

-and-

LEGAL\68531419\2

Steven M. Coren, Esq. *(pro hac vice)*
Andrew J. Belli, Esq. *(pro hac vice)*
Janice I. Daul *(pro hac vice)*
COREN & RESS, P.C.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
scoren@kcr-law.com
abelli@kcr-law.com
jdaul@kcr-law.com

*Counsel for Appellant Plaintiff, George L. Miller, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

      I, John T. Carroll, III, counsel for Appellant/Plaintiff, George L. Miller, Chapter 7 Trustee, hereby certify that on February 22, 2024 I caused a true and correct copy of the Notice of Appeal and Statement of Election to be served on all registered users of the Court's Case Management/Electronic Case File ("CM/ECF") in this case via CM/ECF.

| | |
|---|---|
| Dated: February 22, 2024 | Respectfully submitted,<br><br>/s/ *John T. Carroll, III*<br>John T. Carroll, III (DE Bar No. 4060)<br>COZEN O'CONNOR<br>1201 North Market Street<br>Suite 1001<br>Wilmington, DE 19801<br>Tel: (302) 295-2028<br>Fax: (302) 295-2013<br>jcarroll@cozen.com<br><br>*Counsel for Appellant Plaintiff, George L. Miller, Chapter 7 Trustee* |