IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> OUR ALCHEMY, LLC, *et al.*, <br><br>                             Debtors.[1] | Chapter 7 <br><br> Case No. 16-11596-JTD <br> (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC, <br>                         Plaintiff, <br><br> v. <br><br> ANDERSON MEDIA CORPORATION, ANCONNECT, LLC, AND ANDERSON MANAGEMENT SERVICES, INC., <br>                         Defendants. | Bankr. Adv. Pro. No. 21-51420-JTD |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC, <br>                         Appellant, <br><br> v. <br><br> ANDERSON MEDIA CORPORATION, ANCONNECT, LLC, AND ANDERSON MANAGEMENT SERVICES, INC. <br>                         Appellees. | Bankruptcy Appeal <br><br> Civil Action No.  24-cv-00243-CFC |

**APPELLANT'S STATEMENT OF ISSUES ON APPEAL, DESIGNATION OF RECORD, AND CERTIFICATION REGARDING TRANSCRIPTS PURSUANT TO FEDERAL <u>RULE OF BANKRUPTCY PROCEDURE 8009</u>**

       Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellant, George L. Miller, Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC

---

[1] The Debtors are:  Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

and Anderson Digital, LLC ("Plaintiff" or the "Trustee") hereby designates the issues and record presented on appeal and files the following certificate regarding transcripts in connection with the appeal from the following order issued by the United States Bankruptcy Court for the District of Delaware in the above-captioned adversary proceeding: Memorandum Opinion and Order regarding Defendants' Motion for Summary Judgment (Adv. D.I. 57), entered on February 13, 2024.

I. **Statement of Issues to be Presented on Appeal**

Appellant presents the following statement of issues to be considered on appeal.

1. Whether the Bankruptcy Court erred in ruling that statements made during a settlement discussion between the parties were admissible with respect to a statutory time bar?

2. Whether the Bankruptcy Court erred in ruling that Plaintiff's claims were untimely under 6 Del. Code § 1309(1) and/or Tex. Bus. & Com. Code § 24.010(a)(1)?

3. Whether the Bankruptcy Court erred in applying the discovery rule by usurping the role of the factfinder to hold that the Trustee did not act with reasonable diligence in investigating his claims?

4. Whether the Bankruptcy Court erred by holding that misstatements made during a settlement meeting put the Trustee on affirmative notice of potential claims?

## II. Designations of Items to be Included in the Record on Appeal

Appellant submits the following designation of items to be included in the record on appeal, which includes all exhibits, appendices, and/or addenda:

| **Docket Entries/Documents from Adv. Pro. No. 21-51420-JTD** |
| --- | --- | --- | --- |
| **Item** | **Date Filed/ Entered** | **Adv. Dkt. No.** | **Document Description** |
| 1. | 12/29/2021 | 1 | Complaint |
| 2. | 07/20/2022 | 28 | Answer to Complaint |
| 3. | 06/20/2023 | 40 | Defendants' Motion for Summary Judgment |
| 4. | 06/20/2023 | 41 | Memorandum of Law in Support of Defendants' Motion for Summary Judgment |
| 5. | 06/21/2023 | 43-1 | Deposition Transcript of Bill Homony |
| 6. | 06/21/2023 | 44-1 | Deposition Transcript of Jay R. Maier |
| 7. | 06/21/2023 | 45-1 | Deposition Transcript of George L. Miller |
| 8. | 07/31/2023 | 48 | Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment |
| 9. | 07/31/2023 | 48-1 | Declaration of Steven M. Coren in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment |
| 10. | 07/31/2023 | 48-2 | Excerpted pages from 3/11/16 Anderson Media Corporation Minutes of the Meeting of the Board of Directors |
| 11. | 07/31/2023 | 48-3 | Anderson executive Bill Lardie notes dated May 2014 |
| 12. | 07/31/2023 | 48-4 | Anderson executive Bill Lardie notes dated 12/22/2014 |
| 13. | 07/31/2023 | 48-5 | 7/28/15 email from ANConnect CFO/COO Chuck Taylor to Anderson executives Jay Maier and Bill Lardie |
| 14. | 07/31/2023 | 48-6 | May 7, 2015 Asset Purchase Agreement |
| 15. | 07/31/2023 | 48-7 | January 8, 2016 email from Alchemy employee Ryan Meyering to Alchemy employees Rex Bowring and George De La Cruz, listing "Actual Cash Payments" to ANConnect in connection with the APA totaling $29.9 million |
| 16. | 07/31/2023 | 48-8 | May 28, 2014 email from ANConnect CFO/COO Chuck Taylor to, inter alia, Anderson Finance VP Dan Hetrick |
| 17. | 07/31/2023 | 48-9 | February 17, 2016 Complaint filed by ANConnect and Anderson Merchandisers in the Superior Court of Delaware (exhibits thereto omitted) |
| 18. | 07/31/2023 | 48-10 | July 9, 2015 Transition Services Agreement between ANConnect and Alchemy |
| 19. | 07/31/2023 | 48-11 | Alchemy's Answer with Affirmative Defenses and Counterclaims filed on April 11, 2016 in the Superior Court of Delaware |

| **Docket Entries/Documents from Adv. Pro. No. 21-51420-JTD** |
|---|---|---|---|
| **Item** | **Date Filed/ Entered** | **Adv. Dkt. No.** | **Document Description** |
| 20. | 07/31/2023 | 48-12 | ANConnect's Answer and Affirmative Defenses to Alchemy's Counterclaims filed on May 11, 2016 in the Superior Court of Delaware |
| 21. | 07/31/2023 | 48-13 | Transcript of September 29, 2022 Deposition of Jay Maier as Rule 30(b)(6) designee of ANConnect and Anderson Merchandisers |
| 22. | 07/31/2023 | 48-14 | August 5, 2016 email from ANConnect CFO/COO Chuck Taylor to, inter alia, Anderson executive Bill Lardie with attachment thereto |
| 23. | 07/31/2023 | 48-15 | August 5, 2016 email from ANConnect CFO/COO Chuck Taylor to Anderson Director of Internal Audit Boris Popov with attachment thereto |
| 24. | 07/31/2023 | 48-16 | ANConnect consolidated income statement as of September 30, 2016 |
| 25. | 07/31/2023 | 48-17 | September 28, 2016 email from Anderson Director of Internal Audit Boris Popov to Anderson Media CFO Jay Maier |
| 26. | 07/31/2023 | 48-18 | December 13, 2016 email from ANConnect CFO/COO Chuck Taylor to, inter alia, Anderson Media CFO Jay Maier |
| 27. | 07/31/2023 | 48-19 | Except from ANConnect Independent Auditor's Report as of October 3, 2014 |
| 28. | 07/31/2023 | 48-20 | Excerpt from January 30, 2015 ANConnect compliance certificate |
| 29. | 07/31/2023 | 48-21 | Excerpt from May 29, 2015 ANConnect compliance certificate |
| 30. | 07/31/2023 | 48-22 | December 8, 2016 email from ANConnect CFO/COO Chuck Taylor to, inter alia, Anderson Media CFO Jay Maier |
| 31. | 07/31/2023 | 48-23, 48-24 | Transcript of April 20, 2023 deposition of George Miller |
| 32. | 07/31/2023 | 48-25, 48-26 | Transcript of April 20, 2023 deposition of William Homony |
| 33. | 07/31/2023 | 48-27 | March 25, 2021 letter from Anderson attorney David Wender |
| 34. | 07/31/2023 | 48-28 | Defendants' March 9, 2023 Responses and Objections to the Trustee's Omnibus First Set of Interrogatories and Second Set of Requests for Production of Documents |
| 35. | 07/31/2023 | 48-29 | June 22, 2016 email from Anderson Media CFO Jay Maier to ANConnect and Anderson Merchandisers personnel |
| 36. | 07/31/2023 | 48-30 | Anderson Management Services, Inc.'s Answer to Complaint in *American Media, Inc., et al. v. Anderson Management Services, Inc., et al.*, Bankr. D. Del. Adv. No. 11-53811 |

| **Docket Entries/Documents from Adv. Pro. No. 21-51420-JTD** |
|---|---|---|---|
| **Item** | **Date Filed/ Entered** | **Adv. Dkt. No.** | **Document Description** |
| 37. | 08/31/2023 | 49 | Defendants' Reply to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment |
| 38. | 02/13/2024 | 57 | Memorandum Opinion and Order regarding Defendants' Motion for Summary Judgment |

| **Docket Entries/Documents from Adv. Pro. No. 18-50633-JTD** |
|---|---|---|---|
| **Item** | **Date Filed/ Entered** | **Adv. Doc. No.** | **Description** |
| 39. | 06/29/2018 | 1 | Complaint |
| 40. | 09/16/2019 | 84 | Memorandum Opinion, denying in part and granting in part ANConnect's motion to dismiss |
| 41. | 09/25/2020 | 151 | Plaintiff's Memorandum in Support of His Request to Allow Discovery Pursuant to Federal Rule of Civil Procedure 56(d) |
| 42. | 09/25/2020 | 151-1 | Declaration of Steven M. Coren in Support of Plaintiff's Request to Allow Discovery Pursuant to Federal Rule of Civil Procedure 56(d) |
| 43. | 09/25/2020 | 151-14 | January 16, 2020 email from Andrew Belli to Defendants' Counsel |
| 44. | 09/25/2020 | 151-15 | Anderson Defendants' Initial Disclosures |
| 45. | 09/25/2020 | 151-18 | February 25, 2020 email from David Wender to Trustee's Counsel |
| 46. | 09/25/2020 | 151-19 | February 28, 2020 email from Andrew Belli to Defendants' Counsel |
| 47. | 09/25/2020 | 151-20 | April 3, 2020 email from Andrew Belli to Defendants' Counsel |
| 48. | 09/25/2020 | 151-21 | April 7, 2020 email from David Wender to Trustee's Counsel |
| 49. | 09/25/2020 | 151-22 | April 29, 2020 email from David Wender to Trustee's Counsel |
| 50. | 05/12/2022 | 241 | Opinion and Order, denying ANConnect's premature summary judgment motion |
| 51. | 02/15/2024 | 333 | Transcript regarding Hearing Held 01/16/24 RE: Combined Oral Argument |

# CERTIFICATE REGARDING TRANSCRIPTS

Pursuant to Rule 8009(b)(1)(A) of the Federal Rules of Bankruptcy Procedure, Appellant hereby files this certificate stating that the transcript of oral argument held on January 16, 2024 has been ordered in writing from the reporter and is included in this designation of record.

Date: March 7, 2024
Wilmington, Delaware

Respectfully submitted,

*/s/ John T. Carroll, III*
John T. Carroll, III, Esq. (DE No. 4060)
**COZEN O'CONNOR**
1201 North Market Street
Suite 1001
Wilmington, DE  19801
302-295-2028 Telephone
302-295-2013 Facsimile
Email:  jcarroll@cozen.com

Steven M. Coren, Esq. *(Pro Hac Pending)*
Andrew J. Belli, Esq. *(Pro Hac Pending)*
**COREN & RESS, P.C.**
Two Commerce Square
Suite 3900
2001 Market Street
Philadelphia, PA 19103
(215) 735-8700 Telephone
(215) 735-5170 Facsimile
Email:  SCoren@kcr-law.com
Email:  abelli@kcr-law.com

*Counsel for the Chapter 7 Trustee,*
*George L. Miller, Plaintiff/Appellant*

LEGAL\68994868\2 6010823/00390810