# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>　　　　　　　　　Debtors.[1] | Chapter 7<br><br>Case No. 16-11569-JTD<br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANDERSON MEDIA CORPORATION, ANCONNECT, LLC, AND ANDERSON MANAGEMENT SERVICES, INC.,<br><br>　　　　　　　　　Defendants. | Bankr. Adv. Pro. No. 21-51420-JTD |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>　　　　　　　　　Appellant,<br><br>v.<br><br>ANDERSON MEDIA CORPORATION, ANCONNECT, LLC, AND ANDERSON MANAGEMENT SERVICES, INC.<br><br>Appellees | Bankruptcy Appeal<br><br>Civil Action No. 24-cv-00243-CFC |

**APPELLEES' COUNTER-DESIGNATION OF RECORD ON APPEAL**

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597

169811569v2

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, Appellees in the above-captioned appeal, designate the following additional items to be included in the record on appeal from the *Memorandum Opinion and Order Regarding Defendants' Motion for Summary Judgment* [Bankr. Adv. Pro. D.I. 57], entered on February 13, 2024:

| Docket Entries/Documents from Adv. Pro. No. 21-51420-JTD | | | |
|---|---|---|---|
| **Item** | **Date Filed/Entered** | **Bank. Adv. Pro. D.I.** | **Document Description** |
| 1. | June 20, 2023 | 41-1 | Declaration of Jay Maier |
| 2. | June 20, 2023 | 41-2 | Excerpts from the Deposition of George Miller Dated April 20, 2023 |
| 3. | June 20, 2023 | 41-3 | Excerpts from the Deposition of William Homony Dated April 20, 2023 |
| 4. | June 21, 2023 | 45-2 | Exhibits 2 through 5 to the Deposition of George Miller Dated April 20, 2023 |
| 5. | June 21, 2023 | 45-3 | Exhibits 6 through 13 to the Deposition of George Miller Dated April 20, 2023 |
| 6. | June 21, 2023 | 45-4 | Exhibits 15 through 24 to the Deposition of George Miller Dated April 20, 2023 |
| 7. | June 21, 2023 | 45-5 | Exhibits 25 through 44 to the Deposition of George Miller Dated April 20, 2023 |

169811569v2

| **Docket Entries/Documents from Adv. Pro. No. 21-51420-JTD** | | | |
|---|---|---|---|
| Item | Date Filed/Entered | Bank. Adv. Pro. D.I. | Document Description |
| 8. | June 21, 2023 | 45-6 | Exhibits 45 through 50 to the Deposition of George Miller Dated April 20, 2023 |
| 9. | March 13, 2024 | 63 | Transcript of January 16, 2024 Hearing |

This counter-designation is without waiver of any arguments on appeal, and the Appellees reserve the right to supplement this counter-designation and the record on appeal with any relevant materials.

*[Signature Page Follows]*

169811569v2

Dated: March 21, 2024 Respectfully Submitted,

*/s/ Kenneth A. Listwak*
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Email: evelyn.meltzer@troutman.com
　　　　ken.listwak@troutman.com

- and –

**HUNGELING RUBENFIELD LAW**
David J. Hungeling (admitted *pro hac vice*)
1718 Peachtree St. Ste. 599
Atlanta, GA 30309
Telephone: (404) 574-2466
Email: david@hungelinglaw.com

*Counsel for Appellees Anderson Media Corporation, ANConnect, LLC, and Anderson Management Services, Inc.*

169811569v2